PAULA DIXON
x6258

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 0 1 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Docket No. |
| Plaintiff, | '18 MJ0483 |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, USC 1326 Deported Alien Found In The United States |
| Adelaida Alvina SANTOS-MARTINEZ | Title 8, USC 1325 Illegal Entry (misdemeanor) |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

## COUNT ONE

On or about February 1, 2018, within the Southern District of California, defendant, Adelaida Alvina SANTOS-MARTINEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

## COUNT TWO

That on or about January 29, 2018, within the Southern District of California, defendant, Adelaida Alvina SANTOS-MARTINEZ, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, and elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

                                         _____
                                         SIGNATURE OF COMPLAINANT
                                         David R. Steiman
                                         Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS   1st  DAY OF February, 2018 .   _____
                                         WILLIAM V. GALLO
                                         United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Adelaida Alvina SANTOS-MARTINEZ

## PROBABLE CAUSE STATEMENT

On February 1, 2018 Border Patrol Agent G. Custenborder was performing assigned duties with his canine in the Chula Vista Border Patrol Station's area of responsibility. At approximately 12:00 AM, BPA Custenborder responded to a seismic intrusion device activation near his area. While driving to the area, Border Patrol Air Operations reported that they observed three subjects walking north from the intrusion device in an area known to Border Patrol Agents as the "Olive Grove." Border Patrol Air Operations was able to guide Agent Custenborder to the general vicinity of the last place that they had seen the group. Agent Custenborder deployed his canine was able to locate the three subjects hiding in some brush. This area is located approximately five miles east of the Otay Mesa, California Port of Entry and approximately five miles north of the U.S./Mexico International Boundary. Agent Custenborder approached the subjects, identified himself as a United States Border Patrol Agent, and conducted an immigration inspection. All three subjects, including one later identified as the defendant Adelaida Alvina SANTOS-Matinez, stated that they are citizens and nationals of Mexico who did not possess any immigration documents that would allow them to enter, be in, or remain in the United States legally. At approximately 12:35 AM, Agent Custenborder placed all three subjects, including SANTOS, under arrest for being illegally present in the United States.

The defendant was advised of her Miranda rights. The defendant states that she understood her rights and was willing to answer questions without an attorney present. The defendant admitted that she is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that she had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated she last entered the United States illegally on January 29, 2018.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on March 4, 2017 through Nogales, Arizona. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.